UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: LESLEY SUZANNE WILLIAMSON
GERALD BRYAN WILLIAMSON
DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 24-50423 KMS

## OBJECTION TO UNSECURED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Objection to the following Unsecured Claim:

AIDVANTAGE ON BEHALF OF: THE DEPT OF EDUCATION
AIDVANTAGE ON BEHALF OF
DEPT OF ED LOAN SERVICES
P.O. BOX 300001
GREENVILLE, TX  75403

Court Claim No. 25

Amount of Claim: $29,672.02

Trustee objects to the allowance of said Claim for the reason(s):

claim was not timely filed

/s/ David Rawlings

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: LESLEY SUZANNE WILLIAMSON
GERALD BRYAN WILLIAMSON
DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 24-50423 KMS

### NOTICE OF OBJECTION TO CLAIM

**You are hereby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

and a copy must be served on the undersigned Debtors' attorney and the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

Dated: April 28, 2025

/s/ David Rawlings
--------------------------------

David Rawlings, Trustee
DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: LESLEY SUZANNE WILLIAMSON
GERALD BRYAN WILLIAMSON
DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 24-50423 KMS

## CERTIFICATE OF SERVICE

I, David Rawlings, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U.S. Mail, postage prepaid, a true and correct copy of OBJECTION TO CLAIM (AIDVANTAGE (Claim #25)) and Notice of Objection to Claim to the below parties.

Notice Provided via First Class U.S. Mail:

LESLEY SUZANNE WILLIAMSON
GERALD BRYAN WILLIAMSON
34 Pear Orchard Dr
Purvis, MS 39475

AIDVANTAGE ON BEHALF OF: THE DEPT OF EDUCATION
AIDVANTAGE ON BEHALF OF
DEPT OF ED LOAN SERVICES
P.O. BOX 300001
GREENVILLE, TX 75403

Service provided via Notice of Electronic Filing (NEF) through ECF system:

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 28th day of April, 2025.

/s/ David Rawlings

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net