IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  Lesley Suzanne Williamson                                  Case No. 24-50423-KMS
Gerald Bryan Williamson, Debtors                                   CHAPTER 13

## RESPONSE

COME NOW, Debtors, by and through counsel, and respond to Trustee's Objection to Unsecured Claim (Dk #73) filed by Aidvantage on behalf of the Department of Education (Claim #25) as follows:

1. Debtors commenced this case on 03/26/2024 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors request that the claim filed by Aidvantage on behalf of the Department of Education (Claim #25) be allowed as filed.

WHEREFORE, Debtors pray for an Order denying the Objection and for such additional or alternative relief as may be just and proper.

                                            Respectfully submitted,

By:  /s/ Thomas C. Rollins, Jr.
      Thomas C. Rollins, Jr. (MSBN 103469)
      Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on May 2, 2025, to:

By USPS First Class Mail:

    Aidvantage on behalf of Dept. of Ed Loan Services
    P.O. Box 300001
    Greenville, TX 75403

By Electronic CM/ECF Notice:

    David Rawlings

    U.S. Trustee

                                      /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr.