_____



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: July 10, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Lesley Suzanne Williamson                    Case No. 24-50423-KMS
         Gerald Bryan Williamson, Debtors                      CHAPTER 13

## AGREED ORDER ALLOWING LATE FILED CLAIM

THIS MATTER CAME BEFORE THE COURT on the Trustee's Objection to the Proof of Claim filed by Aidvantage on behalf of the Dept of Education Services (Dk#73) and the Debtors' Response (Dk# 74) requesting that the Court allow the claim of Aidvantage on behalf of Dept of Education Services. The Court finds that the relief requested is appropriate under the facts and the law.

IT IS THEREFORE ORDERED that the claim shall be allowed and payable as provided by the Debtors' confirmed plan.

#END OF ORDER#

PREPARED BY:                                          AGREED BY:
/s/ Thomas C. Rollins, Jr.                            /s/Samuel J. Duncan
Thomas C. Rollins, Jr. (MS Bar No. 103469)            Samuel J. Duncan
The Rollins Law Firm                                  Attorney for Chapter 13 Trustee
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR